UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO H. JIMENEZ PEREZ,<br><br>       Petitioner,<br><br> -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | 1:25-CV-3400 (JHR)<br><br>1:09-CR-0159-02 (JHR)<br><br>ORDER TO ANSWER |

JENNIFER H. REARDEN, United States District Judge:

  The Court, having concluded that the present *pro se* petition for a writ of error *coram nobis* should not be summarily denied as without merit, hereby ORDERS that:

  The Clerk of Court shall electronically notify the Criminal Division of the United States Attorney's Office for the Southern District of New York that this Order has been issued.

  Within 60 days of the date of this Order, the United States Attorney's Office shall file a response to the petition. Petitioner shall have 30 days from the date on which he is served with the Government's response to file a reply.  Absent further order, the petition will be considered fully submitted as of that date.

  All papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

SO ORDERED.

Dated: April 29, 2025
    New York, New York

                      *[signature: Jennifer H. Rearden]*
                      JENNIFER H. REARDEN
                      United States District Judge